JS 44 (Rev. 08/16)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
MGA Entertainment, Inc. a California Corporation

**DEFENDANTS**
Giantex, Inc., a California corporation; Does 1-10 inclusive

**(b)** County of Residence of First Listed Plaintiff   Los Angeles
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   San Bernardino
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Benjamin C. Johnson (SBN 218518)
16380 Roscoe Blvd, Suite 102
Van Nuys, CA 91406; 818-894-2525

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1   U.S. Government Plaintiff
- ☒ 3   Federal Question *(U.S. Government Not a Party)*
- ☐ 2   U.S. Government Defendant
- ☐ 4   Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                        *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☒ 840 Trademark | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | **LABOR** | **SOCIAL SECURITY** | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | Relations | ☐ 864 SSID Title XVI | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 751 Family and Medical | | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - | Product Liability | Leave Act | | ☐ 893 Environmental Matters |
| | Medical Malpractice | | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | Income Security Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other | ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1   Original Proceeding
- ☐ 2   Removed from State Court
- ☐ 3   Remanded from Appellate Court
- ☐ 4   Reinstated or Reopened
- ☐ 5   Transferred from Another District *(specify)*
- ☐ 6   Multidistrict Litigation - Transfer
- ☐ 8   Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 USC 1125(a), i.e., Section 43(a) of the Lanham Act
Brief description of cause:
False Designation of Origin; False or Misleading Description or Misrepresentation of Fact

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
06/23/2017

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central District of California

MGA Entertainment Inc., a California corporation )
)
)
)
_____ )
*Plaintiff(s)* )
v. )          Civil Action No.  5:17-cv-1263
)
Giantex, Inc., a California corporation; )
Does 1-10 inclusive )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Giantex Inc., a California Corporation
1670 Etiwanda Ave., Unit B-104,
Ontario, CA, 91761

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MGA Entertainment, Inc. - Legal
16380 Roscoe Blvd Suite 102
Van Nuys, CA, 91406

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  5:17-cv-1263

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____                _____
                                                    *Server's signature*

                                        _____
                                                    *Printed name and title*

                                        _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

BENJAMIN C. JOHNSON (SBN: 218518)
benjamin.johnson@mgae.com
MGA ENTERTAINMENT, INC.
16380 Roscoe Blvd, Suite 102
Van Nuys, CA 91406
Telephone: (818) 894-2525
Fax: (818) 895-0771

Attorneys for Plaintiff
MGA Entertainment, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MGA ENTERTAINMENT, INC. a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> GIANTEX INC., a California corporation; and DOES 1-10 inclusive, <br><br> Defendants. | **Case No. 5:17-cv-1263** <br><br> **COMPLAINT FOR:** <br><br> 1.  **FALSE DESIGNATION OF ORIGIN;** <br><br> 2.  **FALSE OR MISLEADING DESCRIPTION OR MISREPRESENTATION OF FACT;** <br><br> 3.  **FEDERAL UNFAIR COMPETITION;** <br><br> 4.  **STATE LAW UNFAIR COMPETITION;** <br><br> 5.  **STATE LAW FALSE AND MISLEADING STATEMENTS** <br><br> 6.  **COMMON LAW TRADE DRESS INFRINGEMENT** <br><br> 7.  **COMMON LAW "PASSING OFF"** |

1    Plaintiff, MGA ENTERTAINMENT, INC. ("MGA," or "Plaintiff") for its complaint

2    against defendants GIANTEX INC., and DOES 1 through 10 ("GIANTEX" or "Defendants"),

3    herein alleges as follows:

4                                    **INTRODUCTION**

5         1.  This is a civil action for false designation of origin under Section 43(a) of the

6    Lanham Act (15 U.S.C. §1125(a)), false or misleading description or misrepresentation of

7    fact under the Lanham Act, federal unfair competition under the Lanham Act, state law

8    unfair competition under Cal . Bus. & Prof. Code § 17200 et seq., state law false and

9    misleading statements under Cal. Bus & Prof. Code § 17500, and common law trade dress

10   infringement and "passing off."  The Plaintiff is a leading global consumer products

11   company, and the exclusive owner of the Little Tikes® trademark. Among other toy

12   products, Little Tikes® manufactures the best-selling "Jump N Slide Bouncer," and the "7'

13   indoor/outdoor Trampoline w/ Enclosure." GIANTEX, and Does 1 through 5, business

14   entities of unknown nature, and Does 6 through 10, unidentified individuals (collectively

15   "Defendants"), are actively and intentionally manufacturing similar products to look

16   virtually identical to Little Tikes® products in an effort to mislead and confuse prospective

17   purchasers. Upon information and belief, Defendants' actions are part of a deliberate attempt

18   to divert sales away from Plaintiff, a market leader in its products.  Defendants' actions will

19   continue unless and until enjoined by this Court.

20

21                                      **PARTIES**

22        2.  Plaintiff MGA ENTERTAINMENT, INC., is a California corporation, having

23   an address and principal place of business at 16380 Roscoe Blvd., Suite 102, Van Nuys,

24   California. The Little Tikes Company, an Ohio corporation, is owner of the Little Tikes®

25   trademarks, and a wholly owned subsidiary of MGA.

26        3.  Defendant GIANTEX INC. is a California corporation having an addres and

27   principal place of business at 1670 Etiwanda Ave., Unit B-104, Ontario, California. Upon

28   information and belief GIANTEX is doing business as Costway at website

1   www.costway.com.

2       4.  MGA is not aware of the true names and capacities of Defendants identified

3   herein as DOES 1 through 10, inclusive, and therefore fictitiously names said Defendants.

4   MGA will amend this Complaint to allege the true names and capacities of these fictitiously

5   named Defendants when their identities are ascertained.

6       5.  MGA is informed and believes and, based thereon, alleges that Defendant

7   GIANTEX and each of the fictitiously named DOE Defendants were in some manner

8   responsible for the acts alleged herein and the harm, losses and damages suffered by MGA

9   as alleged hereinafter. MGA is also informed and believes and, based thereon, alleges that

10  while participating in such acts, each Defendant was the agent, principal, and/or alter ego of

11  other Defendants, and was acting in the course and scope of such agency and/or acted with

12  permission, consent, authorization or ratification of the other Defendants.

13                          **JURISDICTION AND VENUE**

14      6.  This Court has jurisdiction over the subject matter of this action pursuant to 28

15  U.S.C. §§1331 and 1338, and 15 U.S.C. §1121. The Court has supplemental jurisdiction

16  over the state law and common law claims under 28 U.S.C. §1367(a) and §1338(b). The

17  state claims are substantially related to the federal claims, and form part of the same case

18  and controversy under Article III of the United States Constitution.

19      7.  This Court has personal jurisdiction over Defendants by virtue of the fact that

20  GIANTEX maintains its principal place of business in this district, and upon information

21  and belief, the Defendants regularly solicit business in this state, and are committing tortious

22  acts within the state through acts of misrepresentation and unfair competition in this state,

23  said acts being expressly aimed at residents of California.  Furthermore, Defendants' tortious

24  actions are causing harm to the reputation of Plaintiff in this district.

25      8.  Venue is proper in this District pursuant to 28 U.S.C. §1391 (b) and (c).

26                              **ALLEGATIONS**

27      9.  This action arises out of a premeditated and intentional attempt by Defendants

28  to pass off GIANTEX's products as those of MGA.

1       10. Since approximately 1970, Little Tikes® has manufactured, sold, marketed,

2 and promoted Little Tikes® distinctive, brightly colored toys which have become a staple

3 for American children under the age of five; and Little Tikes® is perennially one of the top

4 toy-makers for the pre-school market. Little Tikes® products include the "Jump N Slide

5 Bouncer," and the "7' indoor/outdoor Trampoline w/ Enclosure" (the "Products"), each of

6 which are marketed under its registered trademark Little Tikes® and associated trade dress

7 (collectively, the "Marks"). The Products are top sellers for Plaintiff, and are considered

8 important to Plaintiff's business.

9       11. Plaintiff's Marks are inherently distinctive to the public, and serve as a

10 designator of origin of its Products.

11       12. Plaintiff's Little Tikes® mark is protected by U.S. Trademark Registration

12 Nos. 1,055,661; 1,145,515; 2,952,053 and 3,888,577. True and correct copies of the Little

13 Tikes® U.S. Trademark Registrations are attached hereto as Exhibit 1.

14       13. For many years, Plaintiff's Marks have been incorporated into packaging, and

15 displayed on its Products which are visible to consumers in the marketplace. Plaintiff uses

16 the Marks to promote and identify its products in numerous toy stores and online, at trade

17 shows, and on the Internet at www.littletikes.com, and has created a uniquely recognizable,

18 inherently distinctive, and non-functional presentation and marketing of Little Tikes®

19 products (the "Little Tikes® Trade Dress").

20       14. As a result of the widespread use and display of the Marks, the public and the

21 trade use them to identify and refer to Little Tikes® Products, and the public and the trade

22 recognize that these Marks refer to high quality products emanating from a single source.

23 The Marks have, accordingly, built up secondary meaning and extensive goodwill.

24       15. The Little Tikes® Trade Dress is designed to attract the attention of consumers

25 viewing preschool toy products online, on store shelves, and in store displays. MGA has

26 expended considerable resources to create and develop its unique Little Tikes® Trade Dress

27 and as a result of MGA's marketing and promotion of and around the Little Tikes® Trade

28 Dress, Little Tikes® products are recognized as high quality products emanating from, or

1 | associated with, MGA.

2 |     16. Upon information and belief, in 2016 and possibly earlier, Defendants have

3 | been marketing and selling virtually identical versions of the Products, but merely without

4 | the Little Tikes® label and less expensive, in the same channels as the Products, including

5 | on www.walmart.com, and www.amazon.com.

6 |     17. Defendants specifically copied the design, shape, size and color scheme of the

7 | Products in the marketing and sale of their goods in an attempt to capitalize on the goodwill

8 | of the Little Tikes® brand and Little Tikes® Trade Dress.

9 |     18. Defendants' virtual copies of the Products were and are intended to cause

10 | confusion, mistake, or deception, in that the public, the trade and others are likely to believe

11 | that Defendant's goods are identical to Plaintiff's Products but merely less expensive, or are

12 | otherwise affiliated or connected with Plaintiff and its valuable trademarks.

13 |     19. True and correct copies of photos appearing on www.walmart.com of the

14 | Little Tikes® Products and Little Tikes® Trade Dress alongside GIANTEX's infringing

15 | products are set out below and the internet webpages are attached hereto as Exhibit 2.

 

GIANTEX Inflatable Mighty Bounce House    Little Tikes® Jump 'n Slide Bouncer
Jumper Castle Moonwalk




GIANTEX 7FT Trampoline Combo w/ Safety Enclosure Net Indoor/Outdoor Bouncer Jump Kids

Little Tikes® 7' indoor/outdoor Trampoline with Enclosure

20. Defendants' actions as alleged have caused, and will continue to cause irreparable harm to Plaintiff and its trademarks, and to the business and substantial goodwill represented thereby, and these acts and damages will continue unless restrained and enjoined by this Court.

## COUNT ONE

### FALSE DESIGNATION OF ORIGIN

21. Plaintiff realleges the allegations set forth in paragraphs 9 through 20, above, and incorporates them herein by reference.

22. Defendants' acts as alleged constitute false designation of origin in violation of 15 U.S.C. §1125(a), i.e., Section 43(a) of the Lanham Act.

23. As a direct and proximate result of the unlawful acts alleged herein, Plaintiff has and is continuing to suffer damages and Defendants have and will continue to profit and receive other benefits.

///

///

///

<div align="center">

**COUNT TWO**

**FALSE OR MISLEADING DESCRIPTION OR**

**MISREPRESENTATION OF FACT**

</div>

24. Plaintiff realleges the allegations set forth in paragraphs 9 through 20, above, and incorporates them herein by reference.

25. Defendants' acts as alleged constitute false or misleading descriptions and/or misrepresentations of facts in violation of 15 U.S.C. §1125(a), i.e., Section 43(a) of the Lanham Act.

26. As a direct and proximate result of the unlawful acts alleged herein, Plaintiff has and is continuing to suffer damages and Defendants have and will continue to profit and receive other benefits.

<div align="center">

**COUNT THREE**

**FEDERAL UNFAIR COMPETITION**

</div>

27. Plaintiff realleges the allegations set forth in paragraphs 9 through 20, above, and incorporates them herein by reference.

28. Defendants' acts as alleged constitute federal unfair competition in violation of 15 U.S.C. §1125(a), i.e., Section 43(a) of the Lanham Act.

29. As a direct and proximate result of the unlawful acts alleged herein, Plaintiff has and is continuing to suffer damages and Defendants have and will continue to profit and receive other benefits.

<div align="center">

**COUNT FOUR**

**STATE UNFAIR COMPETITION**

**(CAL. BUS. & PROF. CODE §17200 ET SEQ.)**

</div>

30. Plaintiff realleges the allegations set forth in paragraphs 9 through 20, above, and incorporates them herein by reference.

31. Defendants' wrongful acts constitute unfair competition and unfair or deceptive acts or practices in violation of §17200 et seq. of the California Business and Professions Code.

32. As a direct and proximate result of the unlawful acts alleged herein, Plaintiff has and is continuing to suffer damages and Defendants have and will continue to profit and receive other benefits.

## COUNT FIVE

### STATE LAW FALSE AND MISLEADING STATEMENTS

### (CAL. BUS. & PROF. CODE §17500)

33. Plaintiff realleges the allegations set forth in paragraphs 9 through 20, above, and incorporates them herein by reference.

34. Defendants' wrongful acts constitute false and misleading statements made in an effort to induce others to purchase Defendants' goods in violation of §17500 of the California Business and Professions Code.

35. As a direct and proximate result of the unlawful acts alleged herein, Plaintiff has and is continuing to suffer damages and Defendants have and will continue to profit and receive other benefits.

## COUNT SIX

### COMMON LAW TRADE DRESS INFRINGEMENT

36. Plaintiff realleges the allegations set forth in paragraphs 9 through 20, above, and incorporates them herein by reference.

37. Defendants' conduct as alleged herein constitutes trade dress infringement under the laws of the State of California.

38. MGA is informed and believes and, based thereon alleges, that Defendants' conduct was willful and intentional, and that GIANTEX directed and authorized the creation of the GIANTEX infringing products for sale and sale in infringing packaging and trade dress.

39. As a direct and proximate result of the unlawful acts alleged herein, Plaintiff has and is continuing to suffer damages and has suffered and will continue to suffer irreparable injury for which Plaintiff has no adequate remedy at law, and Defendants have and will continue to profit and receive other benefits.

**COUNT SEVEN**

**COMMON LAW "PASSING OFF"**

40. Plaintiff realleges the allegations set forth in paragraphs 9 through 20, above, and incorporates them herein by reference.

41. Defendants' conduct as alleged herein constitutes "passing off" under the laws of the State of California.

42. MGA is informed and believes and, based thereon alleges, that Defendants' conduct was willful and intentional, and that GIANTEX directed and authorized the creation of the GIANTEX products for sale and sale in packaging and trade dress with the intention of passing off their products as those of MGA.

43. As a direct and proximate result of the unlawful acts alleged herein, Plaintiff has and is continuing to suffer damages and has suffered and will continue to suffer irreparable injury for which Plaintiff has no adequate remedy at law, and Defendants have and will continue to profit and receive other benefits.

**PRAYER FOR RELIEF**

**WHEREFORE, Plaintiff prays for an order of this Court:**

A. Granting a preliminary and permanent injunction restraining Defendants, their officers, directors, principals, agents, servants, employees, successors and assigns, and all individuals acting in concert or participation with them, from:

a. Offering for sale, soliciting sales, advertising, or selling any products in any medium under any mark, name, symbol, logo, or other indicia that incorporates or is confusingly similar to Little Tikes® Products and Little Tikes® Trade Dress;

b. Offering for sale, soliciting sales, advertising, or selling any products in any medium under any mark, name, symbol, logo, or other indicia which is likely to cause confusion or to cause mistake or to deceive persons into the erroneous belief that Defendants' products originate from Plaintiff, or that Defendants or their agents are authorized by Plaintiff or are endorsed by Plaintiff or are sponsored by Plaintiff, or are

1   licensed by Plaintiff, or are connected in any way with Plaintiff;

2         c.     Using false designations or from engaging in any act or series of acts

3   which, either alone or in combination, constitutes deceptive or unfair methods of

4   competition with Plaintiff and from otherwise interfering with or injuring the goodwill

5   associated with Little Tikes® Products and/or Little Tikes® Trade Dress;

6         B.  Awarding Plaintiff a monetary judgment against Defendants for Plaintiff's

7   damages and Defendants' profits pursuant to 15 U.S.C. §1117;

8         C.  Trebling the amount of such award on account of Defendants' willful,

9   intentional, and bad faith conduct pursuant to 15 U.S.C. §1117;

10        D.  Awarding Plaintiff its reasonable attorneys' fees and disbursements incurred

11  herein, in view of Defendants' intentional and willful misrepresentations, pursuant to 15

12  U.S.C. §1117;

13        E.  Awarding Plaintiff the costs of this action;

14        F.  Ordering that Defendants deliver to Plaintiff for destruction all infringing

15  products, packaging and any infringing promotional material and advertisements;

16        G.  Awarding Plaintiff such other and further relief as the Court may deem just

17  and proper.

18  <div align="center">**DEMAND FOR JURY TRIAL**</div>

19      Plaintiff hereby demands a trial by jury.

20  DATED:  June 23, 2017              MGA ENTERTAINMENT, INC.

21

22

23                                    By: /s/ Benjamin C. Johnson
24                                        BENJAMIN C. JOHNSON
                                          Attorney for Defendant
25                                        MGA Entertainment, Inc.

26

27

28

Exhibit 1

 **UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

REGISTRATION NO: 1055661     SERIAL NO: 73/086251     MAILING DATE: 03/28/2007
REGISTRATION DATE: 01/04/1977
MARK: LITTLE TIKES
REGISTRATION OWNER: LITTLE TIKES COMPANY, THE

**CORRESPONDENCE ADDRESS:**
DAPHNE GRONICH
LITTLE TIKES COMPANY, THE
16380 ROSCOE BOULEVARD
VAN NUYS, CA 91406

## NOTICE OF ACCEPTANCE

15 U.S.C. Sec. 1058(a)(3)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 8 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1058.

**ACCORDINGLY, THE SECTION 8 AFFIDAVIT IS ACCEPTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF RENEWAL

15 U.S.C. Sec. 1059(a)

THE COMBINED AFFIDAVIT AND RENEWAL APPLICATION FILED FOR THE ABOVE-IDENTIFIED REGISTRATION MEETS THE
REQUIREMENTS OF SECTION 9 OF THE TRADEMARK ACT, 15 U.S.C. Sec. 1059.

**ACCORDINGLY, THE REGISTRATION IS RENEWED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE REGISTRATION WILL REMAIN IN FORCE FOR CLASS(ES):**
028.

AHMED, DEBORAH Y
PARALEGAL SPECIALIST
POST-REGISTRATION DIVISION
571-272-9500

**PLEASE SEE THE REVERSE SIDE OF THIS NOTICE FOR INFORMATION
CONCERNING REQUIREMENTS FOR MAINTAINING THIS REGISTRATION**
ORIGINAL

**REQUIREMENTS FOR MAINTAINING A FEDERAL TRADEMARK REGISTRATION**

I) SECTION 8: AFFIDAVIT OF CONTINUED USE

The registration shall remain in force for 10 years, except that the registration shall be canceled for failure to file an Affidavit of Continued Use under Section 8 of the Trademark Act, 15 U.S.C. Sec. 1058, at the end of each successive 10-year period following the date of registration.

**Failure to file the Section 8 Affidavit will result in the cancellation of the registration.**

**II) SECTION 9: APPLICATION FOR RENEWAL**

The registration shall remain in force for 10 years, subject to the provisions of Section 8, except that the registration shall expire for failure to file an Application for Renewal under Section 9 of the Trademark Act, 15 U.S.C. Sec. 1059, at the end of each successive 10-year period following the date of registration.

**Failure to file the Application for Renewal will result in the expiration of the registration.**

**NO FURTHER NOTICE OR REMINDER OF THESE REQUIREMENTS WILL BE SENT TO THE REGISTRANT BY THE PATENT AND TRADEMARK OFFICE.  IT IS RECOMMENDED THAT THE REGISTRANT CONTACT THE PATENT AND TRADEMARK OFFICE APPROXIMATELY ONE YEAR BEFORE THE EXPIRATION OF THE TIME PERIODS SHOWN ABOVE TO DETERMINE APPROPRIATE REQUIREMENTS AND FEES.**

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

**Reg. No. 1,145,515**
Registered Jan. 6, 1981

### TRADEMARK
**Principal Register**



Little Tikes, Inc. (Ohio corporation)
8705 Freeway Dr.
Macedonia, Ohio 44506

For: TOYS AND FURNITURE FOR PRE-SCHOOL, KINDERGARTEN, AND PRIMARY CHILDREN—NAMELY, TOY BOXES, SANDBOXES, CHAIRS, TABLES, RANGES, VANITIES, RIDING TOYS, PULL WAGONS, AND BUILDING BLOCKS, in CLASS 28 (U.S. Cl. 22).

First use Sep. 1974; in commerce Sep. 1974.
Owner of U.S. Reg. No. 1,055,661.

Ser. No. 216,758, filed May 23, 1979.

W. A. CONN, Primary Examiner

Side - 1

## NOTICE OF ACCEPTANCE OF §8
## DECLARATION AND §9 RENEWAL
**MAILING DATE: Dec 23, 2010**

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**     **1145515**
**MARK:**           **LITTLE TIKES AND DESIGN**
**OWNER:**          **LITTLE TIKES COMPANY, THE**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

Sam Khare,
LITTLE TIKES COMPANY, THE
16380 ROSCOE BOULEVARD
Legal Dept.
VAN NUYS, CA   91406

Int. Cl.: 28

Prior U.S. Cls.: 22, 23, 38, and 50

**United States Patent and Trademark Office**

Reg. No. 2,952,053
Registered May 17, 2005

## TRADEMARK
### PRINCIPAL REGISTER

## LITTLE TIKES

LITTLE TIKES COMPANY, THE (OHIO COR-
   PORATION)
29 E. STEPHENSON STREET
FREEPORT, IL 61032

   FOR: TOYS AND PLAYTHINGS FOR INFANTS
AND CHILDREN, NAMELY, PLUSH AND SOFT
SCULPTURE TOYS, CHILDREN'S MULTIPLE AC-
TIVITY TOYS, ELECTRONIC TEACHING GAMES,
NAMELY, BATTERY-OPERATED ACTION TOYS,
BOARD GAMES, ACTION SKILL GAMES, HAND-
HELD TOYS, TOY SCOOTERS AND SKATE-
BOARDS, PLAY JEWELRY AND MAKEUP,
CHILDREN'S PLAY HOUSES, TOY TELEPHONES,
TOY VEHICLES, PUZZLES, DRESS-UP KITS, MUSI-
CAL TOYS; INFLATABLE AND PLASTIC SWIM-
MING POOLS FOR RECREATIONAL USE;
CHILDREN'S INFLATABLE SWIMMING AIDS,
NAMELY, INFLATABLE AND RIDE-ON BATH

AND POOL TOYS TOY SANDBOXES; SAND TOYS
AND TOOLS; TOY LAWNMOWERS; TOY SPRINK-
LERS; CHILDREN'S OUTDOOR PLAY EQUIP-
MENT, NAMELY BALLS, BATS, GOLF CLUBS,
SKATES, BASKETBALL, FOOTBALL, SOCCER
AND HOCKEY GOALS, BABY SWINGS; CRIB MO-
BILES; BABY RATTLES; TETHERS FOR ATTACH-
ING TOYS SAFELY TO A CHILD'S WRIST OR
CLOTHING, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND
50).

   FIRST USE 5-1-1968; IN COMMERCE 5-1-1968.

   SN 76-162,323, FILED 11-9-2000.

CHRISTOPHER BUONGIORNO, EXAMINING AT-
TORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,888,577**

**Registered Dec. 14, 2010**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

THE LITTLE TIKES COMPANY (OHIO CORPORATION)
16380 ROSCOE BOULEVARD
VAN NUYS, CA 91406

FOR: ACTION FIGURES AND PLAYSETS THEREFOR, ACTION SKILL GAMES, BASEBALL TRAINERS IN THE NATURE OF BATTING TEES AND PITCHING MACHINES; BASKETBALLS; BASKETBALL GOALS; BATH TOYS; BOARD GAMES; CHILDREN'S PLAY HOUSES; CHILDREN'S MULTIPLE ACTIVITY TOYS; CHILDREN'S TOY RIDE-ON VEHICLES; DOLLHOUSES; MOBILES FOR CHILDREN; ROLE-PLAY TOYS, NAMELY, TOY KITCHENS, TOY TOOLS, TOY WORKBENCHES AND TOY CASH REGISTERS; TOY SHOPPING CARTS; TOY ANIMALS; TOY MUSICAL INSTRUMENTS, NAMELY, TOY GUITARS, TOY PIANOS, TOY DRUMS AND TOY KEYBOARDS; TOY SPORTS EQUIPMENT, NAMELY, BOWLING BALLS AND PINS, GOLF CLUBS AND BALLS, HOCKEY SETS COMPRISED OF HOCKEY STICKS, PUCKS AND GOALS, BASKETBALL GOALS AND BALLS, AND SOCCER EQUIPMENT IN THE NATURE OF SOCCER BALLS AND GOALS; AND TOY VEHICLES AND PLAYSETS THEREFOR, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 12-31-1992; IN COMMERCE 12-31-1993.

OWNER OF U.S. REG. NOS. 1,145,515, 2,952,053 AND OTHERS.

THE COLOR(S) BLUE, WHITE, RED, YELLOW AND BLACK IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF "LITTLE TIKES" IN STYLIZED FONT IN THE COLOR BLUE ON A WHITE FIELD SURROUNDED BY A RED OVAL RACETRACK, ALL ON A YELLOW FIELD. THE WORDING "LITTLE TIKES" AND THE RED OVAL DESIGN ALSO HAVE BLACK SHADOWS.

SER. NO. 77-789,515, FILED 7-24-2009.

NELSON SNYDER, EXAMINING ATTORNEY



David J. Kappos

Director of the United States Patent and Trademark Office

Exhibit 2

https://www.walmart.com/ip/Costway-Inflatable-Water-Slide-Mi... Costway Inflatable Mighty ...

File Edit View Favorites Tools Help

Origami Risk - 2017 MGA ... Suggested Sites ▾ ADP Time & Attendance Treehouse - Treehouse

Gift Cards ▾ Registry & Lists ▾ Weekly Ads Store Finder ▾ Track Orders Reorder Items Credit Card Help Grocery Pickup

Walmart All ▾ Search Hello. Sign In My Account ▾

All Departments Summer Fun My local store Pick it up TODAY Tips & Ideas FREE Walmart Grocery pickup

GET a $5 eGift Card when you BUY baby Dove Shop now ▸

Toys › Outdoor Play › Bounce Houses & Ball Pits

# Costway Inflatable Mighty Bounce House Jumper Castle Moonwalk Without Blower

Write a review Q&A By: costway

$159.98

Reduced Price

List price $299.99 Save $140.01

Sold & shipped by **Costway**

**Free shipping** Shipping options

Free pickup not available from this seller

Quantity: 1 ▾ Add to Cart

Add to List Add to Registry

Sizzling savings on toys Shop now ▸

https://www.walmart.com/ip/Little-Tikes-7-Trampoline/5373473 | Little Tikes 7' indoor/outdo... | Little Tikes 7' indoor/outdoor ...

File Edit View Favorites Tools Help

Origami Risk - 2017 MGA ... Suggested Sites ▾ ADP Time & Attendance Treehouse - Treehouse

Gift Cards ▾ Registry & Lists ▾ Weekly Ads Store Finder ▾ Track Orders Reorder Items Credit Card Help Grocery Pickup

Walmart

All ▾ Search

Hello. Sign In
My Account ▾

All Departments American Jobs My local store Pick it up TODAY Tips & Ideas FREE Walmart Grocery pickup

Gillette Fusion ProShield Chill LUBRICATION SHIELDS & COOLS WHILE YOU SHAVE Buy now ▸

Sports & Outdoors › Recreation › Trampolines

# Little Tikes 7' indoor/outdoor Trampoline with Enclosure

★★★★★ 15 reviews Q&A By: Little Tikes Walmart #: 555656073

$149.00 Clearance

Was $179.98 Save $30.98

Sold & shipped by Walmart

Free shipping
Arrives within 3-5 days
Or get it by Monday, Jun 26 with faster shipping Shipping options

Free pickup at Panorama City
8333 Van Nuys Blvd Pickup options

Protect your purchase with a Care Plan
Add 2-Year Protection $14.00

Quantity: 1 ▾ Add to Cart

https://www.walmart.com/ip/Costway-7FT-Trampoline-Combo- | Costway 7FT Trampoline C...

File Edit View Favorites Tools Help

Origami Risk - 2017 MGA ... | Suggested Sites | ADP Time & Attendance | Treehouse - Treehouse

Gift Cards | Registry & Lists | Weekly Ads | Store Finder | Track Orders | Reorder Items | Credit Card | Help | Grocery Pickup

Walmart | All | Search | Hello. Sign In My Account

All Departments | Summer Fun | My local store | Pick it up TODAY | Tips & Ideas | FREE Walmart Grocery pickup

NEW! GATORADE FLOW ALL THE FLAVOR WITH A NEW SMOOTH FINISH. Shop now

Sports & Outdoors > Recreation > Trampolines

# Costway 7FT Trampoline Combo w/ Safety Enclosure Net Indoor Outdoor Bouncer Jump Kids

★★★★★ 7 reviews Q&A By: costway

$139.98 Reduced Price

List price $299.99 Save $160.01

Sold & shipped by Costway

Free shipping Shipping options

Free pickup not available from this seller

Protect your purchase with a Care Plan

+ Add 2-Year Protection $14.00

Quantity: 1 | Add to Cart

Add to List | Add to Registry







